IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CHAND WIJE § | |
| § | |
| VS. § | CIVIL ACTION NO. G-04-464 |
| § | |
| UNIVERSITY OF TEXAS MEDICAL § | |
| BRANCH AT GALVESTON, ET AL. § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated May 4, 2007, which recommends that the Motion for Summary Judgment of the remaining Defendants, University of Texas Medical Branch at Galveston Christine S. Benham, Jay S. Howell and Cynthia S. Hodskins be granted and the Complaint of Plaintiff, Chand Wije, be dismissed.  On May 25, 2007, Wije filed a lengthy "Response" to the Report and Recommendation which this Court has construed as formal objections.

After an exhaustive *de novo* review under 28 U.S.C. § 636(b)(1)(C), the Court finds that the Report and Recommendation is a correct application of law to the relevant facts in this case and it is, therefore, **ACCEPTED** by this Court and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the "Motion for Summary Judgment" (Instrument no. 97) of Defendants University of Texas Medical Branch at Galveston, Christine S. Benham, Jay S. Howell and Cynthia S. Hodskins is **GRANTED** and the Complaint (Instrument no. 1) of Plaintiff, Chand Wije, is **DISMISSED in its entirety**.

**DONE** at Galveston, Texas, this 21st day of August, 2007.

_____
Samuel B. Kent
United States District Judge