IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CHAND WIJE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-04-464 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH AT GALVESTON, ET AL. | § | |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that Plaintiff, Chand Wije, **take nothing**, that his Complaint be **DISMISSED on the merits**, and that the Defendants **RECOVER** from Plaintiff their costs of action.

This is a **FINAL JUDGMENT.**

**DONE** at Galveston, Texas this 21st day of August, 2007.

_____
Samuel B. Kent
United States District Judge